IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JAN 0 9 2014
3:00
MATTHEW J. DYKMAN
CLERK

DARNELL JAMES,

    Plaintiff,

v.                                           CV 13-0617 KG/WPL

STATE OF NEW MEXICO, PAROLE DIVISION, ET AL.,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed December 20, 2013. (Doc. 8.) The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To this date, no objections have been filed.

IT IS THEREFORE ORDERED that:

1) the PFRD is adopted as an order of the Court;

2) this cause is dismissed without prejudice.

_____
Kenneth Gonzales
United States District Judge